## UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
#### SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

August 14, 2018

**ARTHUR JOHNSTON**
CLERK

501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
(601) 608-4000

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th St., Suite 403,
Zip 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, Zip 39401

NORTHERN & WESTERN at Jackson
501 E. Court St., Suite 2.500
Zip 39201

Michelle C. Le, Esq.
Law Offices of Michelle C. Le, PLLC
16170 Jones Maltsberger Rd., Ste. 108
San Antonio, TX   78247

RE:  Attorney Admissions

Integrity Mortgage Center, LLC vs. Sentinel Insurance Company, Ltd.
Civil Action No. 5:18-cv-90-DCB-MTP

Dear Attorney Le:

Our records indicate that you are attorney of record for the above mentioned case. However, we have no record of your admission to the United States District Court for the Southern District of Mississippi in this particular case.  Please see the Court's web site  at *www.mssd.uscourts.gov* to access the Local Rules for Attorneys: Admission and Conduct, effective December 1, 2015, for the United States District Courts for the Northern and Southern Districts of Mississippi.  Local Rule 83.1(a) provides the regulations for a general admission to practice in this court, assuming you are a member of the Mississippi Bar.

One appearance before a district judge or magistrate (in the Northern District or the Southern District) would allow you to be admitted to the Southern and Northern Districts.  However, to accomplish this, we would need a duplicate set of all the admission documents (including the oath on admission card). The admission fee is $191.00 per district; if you want to be admitted to both the Southern and Northern Districts of Mississippi, you would need to provide two separate checks. The district you take the oaths in will promptly forward to the other district the oath on admission card, the certificate of good standing and the check for $191.00.

The Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and other relevant information, such as telephone numbers for district judges and magistrates, may be accessed from the court's internet web site *www.mssd.uscouts.gov.*

If we can provide additional information in this regard, please let us know.

Yours very truly,

*K. Alexander*

Katherine Alexander
Deputy Clerk

cc: LaSonya Townsend, Deputy Clerk