### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

| | |
|---|---|
| **INTEGRITY MORTGAGE CENTER, LLC,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**SENTINEL INSURANCE COMPANY, LTD.,**<br><br>       **Defendant.** | **CIVIL ACTION NO.:**<br>**5:18-CV-00090-DCB-MTP** |

### CORPORATE DISCLOSURE STATEMENT

COMES NOW Sentinel Insurance Company, Ltd. and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits the following:  Sentinel is, and was at the time of filing of the Complaint, a Connecticut domestic entity with its principal place of business in Hartford, Connecticut.  The general nature and purpose of Sentinel is insurance.  Sentinel is a wholly owned subsidiary of The Hartford Financial Services Group, Inc., a Connecticut corporation, which is a publicly traded corporation that has no parent corporation.

Respectfully submitted on this the 14th day of August, 2018.

/s/ John W Johnson, II
John W Johnson, II (MS Bar No.: 101336)
Attorney for Defendant Sentinel Insurance Company, LTD

**OF COUNSEL:**

**CHRISTIAN & SMALL LLP**
505 20th Street North
Suite 1800
Birmingham, AL 35203
Telephone:      (205) 795-6588
Facsimile:       (205) 328-7234
jwjohnson@csattorneys.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on **August 14, 2018** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

 Michelle C. Le
 LAW OFFICES OF
 MICHELLE C. LE
 16170 Jones Maltsberger Rd
 Suite 108
 San Antonio, TX 78247
 Michelle.le@lelawoffices.com
 *Attorney for Plaintiff*
 *Integrity Mortgage Center LLC*

             /s/ John W Johnson, II
             OF COUNSEL