AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Integrity Mortgage Center, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:18-cv-00090-DCB-MTP |
| Sentinel Insurance Company, LTD. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Integrity Mortgage, LLC .

Date:   08/24/2018

/s/ Sarah Beth Wilson
*Attorney's signature*

Sarah Beth Wilson, MSB No. 103650
*Printed name and bar number*

Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 6020
Ridgeland, MS  39158

*Address*

sbwilson@cctb.com
*E-mail address*

(601) 427-1308
*Telephone number*

(601) 856-7626
*FAX number*